NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

MARLA ROWELL, DOC #T76573,            )
                                      )
            Appellant,                )
                                      )
v.                                    )       Case No. 2D18-1527
                                      )
STATE OF FLORIDA,                     )
                                      )
            Appellee.                 )
_____ )

Opinion filed February 22, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Hillsborough County; Michelle Sisco,
Judge.


PER CURIAM.

        Affirmed.


NORTHCUTT, SLEET, and SALARIO, JJ., Concur.